**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| KYLE F. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:20-CV-00343-RLM-MGG |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendant. | ) |

### NOTICE OF SELECTION OF MEDIATOR

Plaintiff, Kyle F. Williams, and Defendant, Norfolk Southern Railway Company, both by counsel, notify the Court, pursuant to the Court's Order dated July 6, 2020, that the parties have agreed on a mediator in this case. The parties have agreed on Pete Schroeder, Norris Choplin Schroeder, LLP, 101 West Ohio Street, Ninth Floor, Indianapolis, IN 46204, as a mediator.

| | |
|---|---|
| /s/ Benjamin J. Wilensky | /s/ Heather L. Emenhiser |
| Benjamin J. Wilensky | John C. Duffey (Atty No. 4756-79) |
| Arvin J. Pearlman | Heather L Emenhiser (Atty No. 22477-06-A) |
| Sommers Schwartz, P.C. | Stuart & Branigin LLP |
| One Towne Square, 17th Floor | 300 Main Street, Suite 900 |
| Southfield, MI 48076 | P.O. Box 1010 |
| (T) 248-355-0300 | Lafayette, IN 47902-1010 |
| (F) 248-356-0001 | (T) 765-423-1561 |
| BWilensky@sommerspc.com | (F) 765-742-8175 |
| apearlman@sommerspc.com | jcd@stuartlaw.com |
| ***Attorneys for Kyle F. Williams*** | hle@stuartlaw.com |
| | ***Attorneys for Norfolk Southern Railway Company*** |

#1309497