# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| KYLE F. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:20-CV-00343-RLM-MGG |
| ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NORFOLK SOUTHERN RAILWAY COMPANY'S REQUEST
## FOR SEPARATION OF PLAINTIFF'S WITNESSES

Defendant, Norfolk Southern Railway Company ("Norfolk Southern"), by counsel, pursuant to FED. R. EVID. 615, requests separation of Plaintiff's witnesses at trial. Pursuant to FED. R. EVID. 615(1) and (2), Norfolk Southern does not request separation of Plaintiff, and to the extent Plaintiff may attempt to call Norfolk Southern's trial representative as a witness at trial, Norfolk Southern does not request separation of Norfolk Southern's trial representative.

Respectfully submitted,

/s/ Barry L. Loftus
Barry L. Loftus, Atty. No. 209930-79
Tyler L. Jones, Atty. No. 34656-29
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Tel: 765-423-1561
Fax: 765-742-8175
bll@stuartlaw.com
tlj@stuartlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of March, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

 Benjamin J. Wilensky
 Arvin J. Pearlman
 Sommers Schwartz, P.C.
 One Towne Square, 17th Floor
 Southfield, MI 48076
 bwilensky@sommerspc.com
 apearlman@sommerspc.com


            /s/ Barry L. Loftus
            Barry L. Loftus


#1450793